# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-2510

———————

Dwight Charles Stowe,                              *
                                                  *
                        Appellant,                *     Appeal from the United States
                                                  *     District Court for the Southern
           v.                                     *     District of Iowa.
                                                  *
United States of America,                         *          [UNPUBLISHED]
                                                  *
                        Appellee.                 *

———————

Submitted:   September 7, 2005
     Filed:   September 29, 2005

———————

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.


Dwight Charles Stowe appeals the district court's[*] judgment denying Stowe's 28 U.S.C. § 2255 motion for relief based on the Supreme Court's recent holding in United States v. Booker, 125 S. Ct. 738 (2005). The district court granted a certificate of appealability on whether the rule announced in Booker applies retroactively to cases on collateral review. Because it does not, see Never Misses A Shot v. United States, 413 F.3d 781, 783-84 (8th Cir. 2005) (per curiam), we affirm

———————————————

[*]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.  Counsel's motion to withdraw is granted, and Stowe's pro se motion for new counsel is denied.

_____